# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARIELYS JOSE GARCIA PINA,

Defendant.

MJ 26-88-GF-JTJ

**JUDGMENT**

Defendant Marielys Jose Garcia Pina (Garcia Pina) appeared before the Court on September 22, 2026, and consented to be tried before the undersigned. After doing so, Garcia Pina entered a plea of guilty to the crime of Entry Without Inspection, in violation of 8 U.S.C. § 1325(a). Garcia Pina's plea of guilty was made knowingly, intelligently, and voluntarily. Garcia Pina understood her constitutional rights and the extent to which such rights were waived by a plea of guilty.

Having considered the evidence, sentencing recommendations of the parties, Garcia Pina's allocution, and the sentencing factors in 18 U.S.C § 3553, the Court enters the following sentence:

1. Garcia Pina shall serve a custodial sentence of time served, with no term

of supervised release to follow.

2. No fine or special assessment is imposed.

**NOTICE OF RIGHT TO APPEAL**

Garcia Pina was advised that, pursuant to 18 U.S.C. § 3742(h) and Federal Rule of Criminal Procedure 58(g)(2)(B), she has the right to appeal the sentence imposed in this case to a United States District Court Judge within 14 days after entry of this Judgment. Garcia Pina waived her right of appeal.

The Clerk shall notify the parties of the entry of this Judgment.

DATED this 23rd day of September 2026.

John Johnston
United States Magistrate Judge